Motion for leave to file petition for writ of habeas corpus also denied.

No. 243, Misc.    DIDATO v. SHAW, DIRECTOR;
No. 507, Misc.    TATE v. HEINZE, WARDEN;
No. 509, Misc.    BAKER v. UTECHT, WARDEN;
No. 541, Misc.    RUTHVEN v. OVERHOLSER, SUPERIN-
TENDENT;
No. 544, Misc.    GALLAWAY v. MICHIGAN;
No. 548, Misc.    STOKER v. RAGEN, WARDEN; and
No. 566, Misc.    PETRO v. HEINZE, WARDEN.    The motions for leave to file petitions for writs of habeas corpus are severally denied.

No. 364, Misc.    McCULLUM v. ILLINOIS.    Application denied.

No. 480, Misc.    McCANN v. CLARK, ATTORNEY GENERAL.    Motion for leave to file petition for writ of certiorari denied.    Petitioner pro se.    Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl and Irving S. Shapiro for respondent.

No. 508, Misc.    IN RE HUDSON.    Petition denied.

No. 517, Misc.    IN RE HULT.    Motion for leave to file petition for writ of mandamus denied.

No. 538, Misc.    FIFE v. RAGEN, WARDEN.    Petition denied.

No. 545, Misc.    WALKER v. MARYLAND.    Petition denied.

No. 524, Misc.    UPSHAW v. UNITED STATES.    United States Court of Appeals for the District of Columbia.